Case 3:18-cr-02359-RBB   Document 10   Filed 05/10/18   PageID.13   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 18cr2359 JAH/RBB |
| vs | ) | ABSTRACT OF ORDER 18MJ2072 |
| | ) | Booking No. 68841298 |
| Obeniel Vazquez-Lopez | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/10/18__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __0__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ [signature] DUSM

JOHN MORRILL                       Clerk
by
        [signature]
        Deputy Clerk

Crim-9    (Rev. 8-11)                 ★ U.S. GPO: 1996-783-398/40151

V. Lee
557-7143

CLERK'S COPY